B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **Kellie Lyn Elkins**,                     Case No.  **13-21308-dob**
                           Debtor

Chapter    **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 42,700.00 | | |
| B - Personal Property | Yes | 3 | 20,449.50 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 92,498.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 99.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 15,227.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,311.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,309.00 |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| | | Total Assets | 63,149.50 | | |
| | | | Total Liabilities | 107,824.00 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **Kellie Lyn Elkins**                                ,   Case No.  **13-21308-dob**
                                   Debtor

                                                              Chapter           **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 99.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 99.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 3,311.00 |
| Average Expenses (from Schedule J, Line 22) | 3,309.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 7,700.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 99.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 15,227.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 22,927.00 |

B6F (Official Form 6F) (12/07)

In re  **Kellie Lyn Elkins**                                    ,  Case No. __**13-21308-dob**__
                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-4158** <br><br> **\*IRS** <br> **P.O. Box 21126** <br> **Philadelphia, PA 19114-0326** | - | | 2009 <br> Taxes | | | | **2,180.00** |
| Account No. <br><br> **US Attorney** <br> **Civil Division** <br> **211 Fort Street, Suite 2300** <br> **Detroit, MI 48226** | | | Representing: <br> \*IRS | | | | **Notice Only** |
| Account No. **xx-4158** <br><br> **Best Bank** <br> **Processing Center** <br> **P.O. Box 240200** <br> **Milwaukee, WI 53224** | - | | 2014 <br> Overdraft Fees | | | | **500.00** |
| Account No. **xxxx-xxxx-xxxx-4414** <br><br> **Capital One** <br> **P.O. Box 70884** <br> **Charlotte, NC 28272-0884** | - | | 06/2005 <br> Clothing, gas, food | | | | **1,300.00** |
| __3__ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | **3,980.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     S/N:26222-140807    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kellie Lyn Elkins**, Case No. **13-21308-dob**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-8758 <br><br>**Capital One** <br>**P.O. Box 70884** <br>**Charlotte, NC 28272-0884** | - | | 06/2005 <br>**Bills** | | | | 1,200.00 |
| Account No. xxxx-xxxx-xxxx-3059 <br><br>**Credit One Bank** <br>**P.O. Box 60500** <br>**City Of Industry, CA 91716-0500** | - | | 06/2005 <br>**Misc. purchases** | | | | 1,800.00 |
| Account No. xx4158 <br><br>**Dr. Kishan Kella** <br>**664 S. State St.** <br>**Millington, MI 48746** | - | | 2014 <br>**medical services** | | | | 75.00 |
| Account No. xx- 4158 <br><br>**First Merit Bank** <br>**295 First Merit Circle** <br>**Akron, OH 44307-2359** | - | | 2014 <br>**Overdraft Fees** | | | | 700.00 |
| Account No. xx0023 <br><br>**Hilltop Dentists** <br>**12265 N. State St.** <br>**Otisville, MI 48463** | - | | 2014 <br>**dental services** | | | | 422.00 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,197.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kellie Lyn Elkins**, Case No. **13-21308-dob**
　　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-1666**<br><br>**Household Bank**<br>**Bankcard Services**<br>**PO Box 19360**<br>**Portland, OR 97280** | | - | 06/2005<br>Select Purchases | | | | 1,800.00 |
| Account No. **xx4158**<br><br>**Household Bank**<br>**P.O. Box 703**<br>**Wood Dale, IL 60191** | | - | 09/2011<br>misc. goods | | | | 300.00 |
| Account No. **xx3528**<br><br>**McLaren Regional Medical Center**<br>**1375 N. Main St**<br>**Lapeer, MI 48446** | | - | 2014<br>medical services | | | | Unknown |
| Account No. **xxxx-xxxx-xxxx-6927**<br><br>**Pay Pal**<br>**P.O. Box 660433**<br>**Dallas, TX 75266-0433** | | - | 06/2005<br>Misc. goods | | | | 400.00 |
| Account No. **xx-4158**<br><br>**PNC Bank**<br>**P.O. Box 15397**<br>**Wilmington, DE 19886** | | - | 2014<br>Overdarft Fees | | | | 500.00 |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,000.00**

13-21308-dob    Doc 84    Filed 08/22/14    Entered 08/22/14 12:50:40    Page 5 of 18

In re **Kellie Lyn Elkins**, Case No. **13-21308-dob**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1534** <br><br> **Sprint/Nextel** <br> **Alled Interstate** <br> **435 Ford Rd. #800** <br> **Minneapolis, MN 55426** | | - | **11/2006** <br> **Cell phone** | | | | 400.00 |
| Account No. **xx-4158** <br><br> **St. Marys of Michigan** <br> **800 S. Washington** <br> **Saginaw, MI 48601** | | - | **12/2009** <br> **Medical Bill** | | | | 150.00 |
| Account No. **xxxxxxxxxxxx2288** <br><br> **The Home Depot Credit Services** <br> **Processing Center** <br> **Des Moines, IA 50364-0500** | | - | **06/2005** <br> **Bills, gas** | | | | 1,800.00 |
| Account No. **xxxxxxxx0001** <br><br> **Verizon Wireless** <br> **PO BOX 296** <br> **Norwell, MA 02061** | | - | **12/2007** <br> **Cell Phone** | | | | 800.00 |
| Account No. **xxxx-xxxx-xxxx-1100** <br><br> **WFNNB-Fashion Bug** <br> **PO BOX 659728** <br> **San Antonio, TX 78265** | | - | **06/2005** <br> **Misc. Clothes** | | | | 900.00 |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 4,050.00 |
| Total (Report on Summary of Schedules) | 15,227.00 |

Fill in this information to identify your case:

Debtor 1: **Kellie Lyn Elkins**

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**

Case number: **13-21308-dob**
(If known)

Check if this is:

☒ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:
**3/18/2014**
MM / DD / YYYY

## Official Form B 6I
## Schedule I: Your Income
12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Employment

1. **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | Deli | Mechanic |
| **Employer's name** | Central Shop Wright | Davis Cartage |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **920.00** | $ **3,520.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ **920.00** | $ **3,520.00** |

Debtor 1 **Kellie Lyn Elkins**     Case number (*if known*) **13-21308-dob**

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---:|---:|
|  | **Copy line 4 here** | 4. | $ 920.00 | $ 3,520.00 |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 175.00 | $ 668.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 247.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: **Disability** | 5h.+ | $ 0.00 + | $ 39.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 175.00 | $ 954.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 745.00 | $ 2,566.00 |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 745.00 + $ 2,566.00 = | $ 3,311.00 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify:      11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies      12. $ 3,311.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: **NFS is not guranteed more than 40 hours per week eventhough sch I reflects 65 hours per week.**

Fill in this information to identify your case:

Debtor 1: **Kellie Lyn Elkins**

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**

Case number: **13-21308-dob**
(If known)

Check if this is:

■ An amended filing

■ A supplement showing post-petition chapter 13 expenses as of the following date:
**3/18/2014**
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

# Official Form B 6J
## Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   
   ☐ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2.
   
   Do not state the dependents' names.
   
   ■ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 16 | ☐ No  ■ Yes |
   |  |  | ☐ No  ☐ Yes |
   |  |  | ☐ No  ☐ Yes |
   |  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   
   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.  
   4. $ **682.00**

   **If not included in line 4:**
   
   4a. Real estate taxes — 4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance — 4b. $ **0.00**
   4c. Home maintenance, repair, and upkeep expenses — 4c. $ **50.00**
   4d. Homeowner's association or condominium dues — 4d. $ **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans — 5. $ **0.00**

| | | | |
|---|---|---|---|
| Debtor 1 | Kellie Lyn Elkins | Case number (if known) | **13-21308-dob** |

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ **291.00**
   - 6b. Water, sewer, garbage collection — 6b. $ **20.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **165.00**
   - 6d. Other. Specify: — 6d. $ **0.00**
7. **Food and housekeeping supplies** — 7. $ **575.00**
8. **Childcare and children's education costs** — 8. $ **0.00**
9. **Clothing, laundry, and dry cleaning** — 9. $ **96.00**
10. **Personal care products and services** — 10. $ **70.00**
11. **Medical and dental expenses** — 11. $ **65.00**
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **400.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **55.00**
14. **Charitable contributions and religious donations** — 14. $ **0.00**
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ **15.00**
    - 15b. Health insurance — 15b. $ **0.00**
    - 15c. Vehicle insurance — 15c. $ **350.00**
    - 15d. Other insurance. Specify: — 15d. $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ **0.00**
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ **303.00**
    - 17b. Car payments for Vehicle 2 — 17b. $ **0.00**
    - 17c. Other. Specify: — 17c. $ **0.00**
    - 17d. Other. Specify: — 17d. $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** — 18. $ **0.00**
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ **0.00**
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ **0.00**
    - 20b. Real estate taxes — 20b. $ **0.00**
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
    - 20e. Homeowner's association or condominium dues — 20e. $ **0.00**
21. **Other:** Specify: **Cigarettes** — 21. +$ **72.00**
    **Non-Filing Spouse Expenses/Credit Card payments** — +$ **25.00**
    **Son's School Supplies/Activities/Lunches** — +$ **75.00**
22. **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. — 22. $ **3,309.00**
23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ **3,311.00**
    - 23b. Copy your monthly expenses from line 22 above. — 23b. -$ **3,309.00**
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ **2.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ☐ No.
    ■ Yes. Explain: **Mortgage listed is an estimated amount; in that either the debtors are going to receive a loan modification or need to move and pay rent or a mortgage elsewhere.**

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Kellie Lyn Elkins**  　　　　Case No. **13-21308-dob**
　　　　　　　　　　　　Debtor(s)　　　Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Capital One Auto Finance** | **Describe Property Securing Debit:**<br>**2006 Hummer** |

Property will be (check one):
　■ Surrendered　　　　　　　　　□ Retained

If retaining the property, I intend to (check at least one):
　□ Redeem the property
　□ Reaffirm the debt
　□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　□ Claimed as Exempt　　　　　　■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Citi Mortgage** | **Describe Property Securing Debit:**<br>**Residential Property**<br>**3460 Causeway Dr.**<br>**Millington, MI 48746** |

Property will be (check one):
　□ Surrendered　　　　　　　　　■ Retained

If retaining the property, I intend to (check at least one):
　□ Redeem the property
　□ Reaffirm the debt
　■ Other. Explain **Debtors are hoping for loan modification but will surrender if not succesful** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　■ Claimed as Exempt　　　　　　□ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**GE Money Bank** | **Describe Property Securing Debt:**<br>**2008 Yamaha Four Wheeler** |

Property will be (check one):  
  ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):  
  ☐ Redeem the property  
  ■ Reaffirm the debt  
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
  ☐ Claimed as Exempt        ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **August 22, 2014**        Signature **/s/ Kellie Lyn Elkins**  
                                                          **Kellie Lyn Elkins**  
                                                          Debtor

U.S. Trustee
211 W. Fort Street
Suite 700
Detroit, MI 48226


*IRS
P.O. Box 21126
Philadelphia, PA 19114-0326


*State of Michigan
Dept. of Treasury/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909


Best Bank
Processing Center
P.O. Box 240200
Milwaukee, WI 53224


Capital One
P.O. Box 70884
Charlotte, NC 28272-0884


Capital One Auto Finance
3905 Dallas Pkwy.
Plano, TX 75093


Citi Mortgage
P.O. Box 8003
South Hackensack, NJ 07606-8003


Credit One Bank
P.O. Box 60500
City Of Industry, CA 91716-0500


Dr. Kishan Kella
664 S. State St.
Millington, MI 48746


First Merit Bank
295 First Merit Circle
Akron, OH 44307-2359

GE Money Bank
P.O. Box 630061
Orlando, FL 32896-0061


Hilltop Dentists
12265 N. State St.
Otisville, MI 48463


Household Bank
Bankcard Services
PO Box 19360
Portland, OR 97280


Household Bank
P.O. Box 703
Wood Dale, IL 60191


McLaren Regional Medical Center
1375 N. Main St
Lapeer, MI 48446


Paul Elkins
3460 Causeway Dr.
Millington, MI 48746


Pay Pal
P.O. Box 660433
Dallas, TX 75266-0433


PNC Bank
P.O. Box 15397
Wilmington, DE 19886


Sprint/Nextel
Alled Interstate
435 Ford Rd. #800
Minneapolis, MN 55426


St. Marys of Michigan
800 S. Washington
Saginaw, MI 48601


The Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500

Third Party Withholding Unit
Michigan Department of Treasury
PO Box 15128
Lansing, MI 48901


Trott & Trott
31440 Northwestern Hwy #200
Farmington, MI 48334-2525


US Attorney
Civil Division
211 Fort Street, Suite 2300
Detroit, MI 48226


Verizon Wireless
PO BOX 296
Norwell, MA 02061


WFNNB-Fashion Bug
PO BOX 659728
San Antonio, TX 78265

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

## COVER SHEET FOR AMENDMENTS

**Case Name:** Kellie Lyn Elkins    **Case No.:** 13-21308-dob

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

☐ **Amendment to Petition:**
   ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
   ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)

☒ **Summary of Schedules**

☐ **Statement of Financial Affairs**

☒ **Schedules and List of Creditors:**
   ☐ Schedule A
   ☐ Schedule B
   ☐ Schedule C
   ☒ List of Creditors ☐ Schedule D ☐ Schedule E ☒ Schedule F, and
      ☐ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$30.00 Fee Required**, or
      ☐ Change address of a creditor already on the List of Creditors - **No Fee Required**
   ☐ Schedule G
   ☐ Schedule H
   ☒ Schedule I
   ☒ Schedule J

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):** Amended I and J pursuant to Plan Modification.

| | |
|---|---|
| **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. | |
| **Date** March 18, 2014 | **Signature** /s/Eric P. Mulka |
| **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. | |
| **Date** March 18, 2014 | **Signature** /s/ Kellie Lyn Elkins |

1

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section of the form to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**     **PLEASE CHANGE TO:**

-NONE-

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

**NAME OF CREDITOR:** PNC Bank

**ADDRESS:** P.O. Box 15397
Wilmington, DE 19886

**NAME OF CREDITOR:** McLaren Regional Center

**ADDRESS:** 1375 N. Main St.
Lapeer, MI 48446

**NAME OF CREDITOR:** Hilltop Dentists

**ADDRESS:** 12265 N. State St.
Otisville, MI 48463

**NAME OF CREDITOR:** First Merit Bank

**ADDRESS:** 295 First Merit Circle
Akron, OH 44307

**NAME OF CREDITOR:** Dr. Kishan Kella

**ADDRESS:** 664 S. State St.
Millington, MI 48746

**NAME OF CREDITOR:** Best Bank

**ADDRESS:** Processing Center
P.O. Box 240200
Milwaukee, WI 53224

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

2

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy
13-21308-dob    Doc 84    Filed 08/22/14    Entered 08/22/14 12:50:40    Page 17 of 18

## COVER SHEET FOR AMENDMENTS GUIDELINES

Use the Cover Sheet for Amendments **ONLY** when filing the items listed on Page 1, including amendments made in response to information provided to you on the BNC Undeliverable Notice.

Include the word "Amended" in the title of each amended document. **Please Note: An amended document must be filed in its entirety and accompanied by the Cover Sheet for Amendments.**

**Service of Amendment:** LBR 1009-1(b) The debtor shall serve a copy of the amendment and the "Cover Sheet for Amendments" on all entities affected by the amendment and file a certificate of service. **The Clerk's Office will not send notice of the amendment.**

Do not add or upload creditors that already have been included on the original List of Creditors. **The Clerk's Office will not delete creditors.**

Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court". **NOTE: No personal checks will be accepted from debtors.**

*Please contact our Help Desk with any questions regarding amendments or fees:*
*Bay City: (989) 894-8840  Detroit: (313) 234-0065    Flint: (810) 235-4126*